IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| WARD T. EVANS, | § | |
| | § | |
| Defendant Below, | § | No. 56, 2019 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 88K01678DI (K) |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: March 12, 2019
Decided: March 13, 2019

## **ORDER**

Following the denial of his motion to proceed *in forma pauperis* on February 25, 2019, the appellant was directed to pay the Court's filing fee by March 11, 2019, or else his appeal would be dismissed without further notice. The appellant has not paid the filing fee. The dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rule 3(b)(2), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice